# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | C/A No. 11-04034-JW |
| | Chapter 13 |
| Jermaine Michael Stinney, | **ORDER** |
| Debtor(s). | |

This matter comes before the Court on DSO Recipient Amanda Stinney's Affidavit of Default and request that Debtor's case be dismissed. Based upon the statements made by the parties at the March 8, 2012 hearing, the Court will remove this contested matter from the trial docket without prejudice and without costs with the right of the parties, upon good cause shown on or before May 8, 2012, to file a motion to restore this matter to the trial docket. Upon failure to timely request restoration of this action, Amanda Stinney's Affidavit of Default and request for dismissal shall be deemed dismissed without costs.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**03/09/2012**



Entered: 03/09/2012

John E. Waites

/s/ John E. Waites

Chief US Bankruptcy Judge
District of South Carolina